THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM F. SCHULTZ and JAMES EVANS, Appellants.— Judgment of conviction affirmed. All concur, except Crouch, J., who dissents and votes for reversal on the law and for granting a new trial. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of MAUDE BARNUM WETHERBY and Another, to Amend *Nunc Pro Tunc* a Certain Adoption Proceeding, Entitled " In the Matter of the Adoption of ELSIE McKEE, a Minor, under the Age of Twelve Years, by ELMER H. WIGGINS."— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that an order of adoption, which all the interested parties had permitted to stand undisturbed for nearly forty years, should not be amended, at the behest of parties interested only in property rights, when the foster parent (or parents), the adopted child, the county judge who made the order, and the attorney who conducted the proceeding, are all dead, and when there is no reasonable certainty that the amendment will carry out the intention of the parties to the adoption. All concur, except Sears, P. J., and Thompson, J., who dissent and vote for affirmance on the ground that the order appealed from corrects obvious clerical error. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ANNA C. LYNCH and Another, Respondents, v. PERCY A. JOSEPH, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CHARLOTTE E. SMITH, Respondent, v. NEW YORK STATE RAILWAYS, Respondent, and THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

EMMA S. REDINGTON, Respondent, v. NEW YORK STATE RAILWAYS, Respondent, and THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

WILLIAM A. BRISTOW and Another, Appellants, v. ISAAC V. A. SNYDER and Another, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ROBERT A. BADGER, Appellant, v. SCOBELL CHEMICAL COMPANY, INCORPORATED, Respondent.— Judgment and order affirmed, with costs. All concur, except Thompson, J., who dissents and votes for reversal on the law and facts and for granting a new trial. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

EDWARD B. GOULD, Respondent, v. WILMA E. GOULD, Appellant.— Order so far as appealed from affirmed, without costs of this appeal to either party. All concur, except Sears, P. J., and Crouch, J., who dissent and vote for modification by increasing the temporary alimony to $450 per month. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.